

# U. S. DISTRICT COURT
# U. S. PROBATION & PRETRIAL SERVICES
# DISTRICT OF DELAWARE

**JOHN R. MCDONOUGH**
Chief U. S. Probation Officer

**MAIL ADDRESS:**
J. CALEB BOGGS FEDERAL BLDG.
LOCKBOX #39
844 KING STREET
WILMINGTON, DE 19801-3588

**CENTRAL OFFICE LOCATION:**
SUITE 400
824 MARKET STREET
WILMINGTON, DE 19801-3588
302-252-2950
FAX 302-573-6658

**BRANCH OFFICE LOCATION:**
ROOM 2201, FEDERAL BLDG
300 S. NEW STREET
DOVER, DE 19904
302-677-0633
FAX: 302-677-0640

July 30, 2007

TO:    Keith Kincaid
         Clerk's Office

FROM:  Kathie Kamen

RE:    **BYRD, Anthony**
         **Our Docket No.: 0311/1:96CR00005-001** ~~(SIR)~~ SLR
         **New Docket No.: Unknown**
         **Transfer of Jurisdiction to the Eastern District of New York**

Attached, please find the signed Probation Form 22 and a copy of the letter from the Eastern District of New York, accepting jurisdiction of the above-named case. Please forward the case material to the Clerk's Office in the Long Island Office, New York.

We are closing our interest in the case.

Thank you for your assistance in this matter. Please let me know if there are any questions.

JGS/kak