| | | |
|---|---|---|
| PROB 22 <br> (Rev. 2/88) <br> Spatt <br> 548  Wall <br> **TRANSFER OF JURISDICTION** | **FILED** <br> IN CLERK'S OFFICE <br> U.S. DISTRICT COURT E.D.N.Y <br><br> ★     JUL 23 2007 <br><br> **LONG ISLAND OFFICE** | DOCKET NUMBER *(Tran. Court)* <br> 1:96CR00005-001 (SLR) <br><br> DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Anthony Byrd <br> Eastern District of New York | Delaware | Wilmington |
| | NAME OF SENTENCING JUDGE <br> The Honorable Sue L. Robinson | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM <br> November 3, 2004    TO <br> November 2, 2009 |

07 **5 48**

OFFENSE

Possession With Intent to Distribute Cocaine and Cocaine Base

**SPATT, J.**

**WALL, M.J.**

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| | |
|---|---|
| 7/2/07 <br> *Date* | *Chief United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

    IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| | |
|---|---|
| 7/23/07 <br> *Effective Date* | Arthur D. Spatt <br> *United States District Judge* |

A TRUE COPY
ATTEST
DATED JUL 24 2007 20____
ROBERT C. HEINEMANN

BY _____ CLERK
DEPUTY CLERK