OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 6, 2007



Robert C. Heinemann, Clerk of Court
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

RE:  **U.S.A. v. Anthony Byrd**
 **Criminal Action No. 96CR 05-1-SLR**

Dear Mr. Heinemann,

Pursuant to the transfer of jurisdiction order regarding Anthony Byrd, enclosed please find a certified copy of the judgment together with a certified copy of the docket and superseding indictment in the above case.

Please acknowledge receipt of the above mentioned documents by signing and returning the enclosed copy of this letter.

Sincerely,

Peter T. Dalleo
Clerk of Court

By: _Francesca M. Tassone_
Francesca M. Tassone
Deputy Clerk

Enc.
/fmt

cc:  U.S. Probation
 Financial Administrator

**I hereby acknowledge receipt of the documents in the above captioned case.**

___8/10/07___                    ___C. H. Mahon___
Date                                      Signature